UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAKIA MITCHELL, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,<br>       Plaintiff,<br>vs.<br>U.S. XPRESS, INC., A NEVADA CORPORATION,<br>       Defendant.<br>_____/ | CASE NO.: 1:12-CV-03443-MHS |

## ORDER APPROVING SETTLEMENT OF CLAIMS

This matter is before the Court on the parties' Joint Motion to Approve Settlement. Having read and considered the parties' Motion, which is signed by counsel for all parties, the Court finds that the proposed settlement agreement is fair and reasonable resolution of issues that are actually in dispute in this case.

It is hereby ORDERED that the settlement of Plaintiff's claims is APPROVED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED, this ____ day of _____, 2013.

_____
JUDGE MARVIN H. SHOOB
UNITED STATES DISTRICT JUDGE